1  Todd M. Friedman (216752)
2  Adrian R. Bacon (280332)
   Law Offices of Todd M. Friedman, P.C.
3  21550 Oxnard St., Suite 780
4  Woodland Hills, CA 91367
   Phone: 877-206-4741
5  Fax: 866-633-0228
6  tfriedman@toddflaw.com
7  abacon@toddflaw.com
   Attorneys for Plaintiff
8

9              **UNITED STATES DISTRICT COURT**
               **CENTRAL DISTRICT OF CALIFORNIA**
10

11 |                                          )
12 |  MOHAMED ELHENDI,                        )
   |                                          )   **Case No.:**
13 |  Plaintiff                               )
   |                                          )
14 |  v.                                      )   8:20-cv-00461-JLS-DFM
   |                                          )
15 |                                          )
16 |  CITIBANK, N.A.; and DOES 1 through      )   **NOTICE OF SETTLEMENT**
   |  10, inclusive,                          )
17 |                                          )
   |                                          )
18 |  Defendants                              )

19     NOW COME THE PLAINTIFF by and through their attorney to
20 respectfully notify this Honorable Court that this case has settled. Plaintiff
21 requests that this Honorable Court vacate all pending hearing dates and allow
22 sixty (60) days with which to file dispositive documentation. This Court shall
23 retain jurisdiction over this matter until fully resolved.
24 Dated**:** April 28, 2020        **Law Offices of Todd M. Friedman, P.C.**
25
26                                         By: s/ Todd M. Friedman
27                                         Todd M. Friedman, Esq.
28

Notice of Settlement - 1

# CERTIFICATE OF SERVICE

Filed electronically on April 28, 2020, with:

United States District Court CM/ECF system

Notification sent electronically on April 28, 2020 to:

To the Honorable Court, all parties and their Counsel of Record

<u>By: s/ Todd M. Friedman</u>
Todd M. Friedman, Esq.