# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MOHAMED ELHENDI, | ) | Case No. |
| Plaintiff | ) ) ) | 8:20-cv-00461-JLS-DFM |
| v. | ) ) ) | **ORDER TO DISMISS WITH PREJUDICE** |
| CITIBANK, N.A.; and DOES 1 through 10, inclusive, | ) ) ) ) | |
| Defendants | ) ) | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated: June 29, 2020

/s/ JOSEPHINE L. STATON
_____
Honorable Judge of the District Court